# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:14-CV-501-MOC-DCK

| | |
|---|---|
| MORGAN MECHANICAL CONTRACTORS, INC., | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** |
| CLEVELAND CONSTRUCTION, INC., and FEDERAL INSURANCE COMPANY, | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendants Cleveland Construction, Inc.'s And Federal Insurance Company's Motion To Stay In Favor Of Arbitration" (Document No. 4) filed September 25, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants Cleveland Construction, Inc.'s And Federal Insurance Company's Motion To Stay In Favor Of Arbitration" (Document No. 4) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report on **December 1, 2014**, and every sixty (60) days thereafter, until this matter is closed or until otherwise ordered by the Court.

Signed: September 29, 2014

David C. Keesler
United States Magistrate Judge